FILED
October 19, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

**October 15, 2015**

**CORRECTION OF THE MOTION FOR AN EXTENSION OF TIME TO FILE A BRIEF**

**DOCKET NUMBER – 03-15-00471-CV**

**CAUSE NUMBER – 14-0679-C**

**ROSE M. GEISTER**
        **APPELLANT (PRE SE)**

**DISCOVER BANK/ZWICKER & ASSOCIATES**
        **PLAINTIFF**

RECEIVED
OCT 1 9 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

**I, Rose M. Geister, the Appellant, have tried repeatedly in the past week to confer with Zwicker & Assocs. to see if there was any opposition to my taking the additional time. The first time I called, on 10/07/2015, I spoke to Jessica, a litigation asst., told her what I needed, then asked to speak to Troy Bolen. She told me to hold on, and I did for three minutes. I then called back, and it went straight into the answering machine. Each time I called after that it went straight into the answering machine. I will be in the Deputy Asst. office, Mr. Crocker, at the 3rd court of appeals on Monday, 10/19/2015, to pay the $10.00 due, enter this corrected Motion, and to file my brief.**

Thank you for your time in advance.

Respectfully submitted by:

Rose M. Geister

156 Granite Shoals Drive
Kyle, Texas 78640
(512) 644-7221
rmg721@comcast.net

September 30, 2015

## MOTION FOR AN EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

DOCKET NUMBER - 03-15-00471-CV

CAUSE N NUMBER - 14-0679-C

**ROSE M. GEISTER**
        **Defendant**

**ZWICKER & ASSOCIATES**
**(DISCOVER BANK)**
        **Plaintiff**

I, Rose M. Geister, the appellant, would like to file a "Motion for an Extension of Time to File my Brief". I would like the extension to be 30 days, resulting in a due time for the brief to be due as November 12, 2015, if possible.

Respectfully Submitted by:

Rose M. Geister

156 Granite Shoals Drive
Kyle, Texas 78640
(512) 644-7221
rmg721@comcast.net